# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

APR 26 2006

GREGORY C. LANGHAM

Civil Action No. **06 - CV - 00797-BNB**

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

RANDY EDDINGS,

     Petitioner,

v.

OTERO COUNTY, STATE OF COLORADO,

     Respondent.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PETITIONER TO CURE DEFICIENCY

---

     Petitioner has submitted a Writ of Habeas Corpus - Constitutional Action. The
court has determined that the document is deficient as described in this order. He has
failed either to pay the $5.00 filing fee or to file a Prisoner's Motion and Affidavit for
Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus. Notwithstanding
the deficiencies, the clerk of the court will be directed to commence a civil action.
Petitioner will be directed to cure the following if he wishes to pursue his claims. Any
papers which the Petitioner files in response to this order must include the civil action
number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   <u>XX</u>   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month
             period immediately preceding this filing
(4)   ___   is missing required financial information

Dockets.Justia.com

(5)    ___    is missing an original signature by the prisoner
(6)    ___    is not on proper form (must use the court's current form)
(7)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(8)    ___    An original and a copy have not been received by the court. Only an original has been received.
(9)    XX    other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application**:
(10)    ___    is not submitted
(11)    XX    is not on proper form (must use the court's current form)
(12)    ___    is missing an original signature by the prisoner
(13)    ___    is missing page nos. ___
(14)    ___    uses et al. instead of listing all parties in caption
(15)    ___    An original and a copy have not been received by the court. Only an original has been received.
(16)    ___    Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)    ___    names in caption do not match names in text
(18)    ___    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the petition and

the action will be dismissed without further notice.  The dismissal shall be without

prejudice.

DATED at Denver, Colorado, this **24**ᵀʰ day of _April_____, 2006.

BY THE COURT:


BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    **06 - CV - 00797** - $BNB$

Randy Eddings
222 E. 2nd St.
Lajunta, CO 81050

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on _4-26-06_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk