IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 06-cv-00797-BNB

JUN 2 1 2006

RANDY EDDINGS,
        Applicant,

GREGORY C. LANGHAM
                    CLERK

v.

OTERO COUNTY SHERIFF (MR. CHRIS JOHNSON),
THE EXECUTIVE DIRECTOR OF D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
        Respondents.

ORDER DISMISSING CASE

Applicant Randy Eddings initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 4, 2006, Mr. Eddings filed an amended application on the proper form. On May 16, 2006, Magistrate Judge Boyd N. Boland ordered Mr. Eddings to show cause why this action should not be dismissed for failure to exhaust state court remedies. On June 12, 2006, Mr. Eddings filed a "Motion to Dismiss § 2254 With-out Prejudice."

The Court must construe the motion to dismiss liberally because Mr. Eddings is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the motion liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the [applicant] without order of court (i) by filing a notice of

dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Respondents in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the "Motion to Dismiss § 2254 With-out Prejudice" filed on June 12, 2006, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of June 12, 2006, the date the motion was filed in this action. It is

FURTHER ORDERED that judgment is entered in favor of Respondents and against Applicant.

DATED at Denver, Colorado, this *20* day of _____ *June* _____, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-00797-BNB

Randy Eddings
Reg. No. 59148
DRDC
P.O. Box 392004
Denver, CO 80239

Randy Eddings
Otero County Jail
222 E. 2nd
Lajunta, CO 81050

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ___6-21-06___

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk